# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **EDWARD LEWIS BROWN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA, et al.,** )<br>)<br>**Defendants** ) | No.  1:16-mc-00040-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed October 13, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Plaintiff's motions of transfer (ECF Nos. 15, 16) are **DENIED.**

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915 and 28 U.S.C. §1915A.

                                                                         _/s/ George Z. Singal___
                                                                         United States District Judge

Dated this 7th day of November, 2016.